IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Duane A. Lewis            BK NO. 24-01789 MJC
       Jessica Joe Lewis

                   Debtor(s)               Chapter 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 and index same on the master mailing list.

                                           Respectfully submitted,

/s/ *Brent J. Lemon*
PA Middle BK
24 Jul 2024, 15:31:21, EDT

                           KML Law Group, P.C.
                           BNY Mellon Independence Center
                           701 Market Street, Suite 5000
                           Philadelphia, PA 19106
                           215-627-1322

Document ID: df2a691b1fa26a54930d45837a03a8ec46f2b1e561bbf002491c72cfda5567b2
Case 5:24-bk-01789-MJC    Doc 11    Filed 07/25/24    Entered 07/25/24 15:31:47    Desc
Main Document     Page 1 of 1