United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 24-01789-MJC
Duane A. Lewis     Chapter 13
Jessica Joe Lewis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Sep 09, 2024     Form ID: ntcnfhrg     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Duane A. Lewis, Jessica Joe Lewis, 225 Journey Dr., Effort, PA 18330-8043 |
| 5631854 | + | MAB-T Santander Consumer, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5631860 | + | SYNCB/Harbor, PO Box 71746, Philadelphia, PA 19176-1746 |
| 5631862 | + | Weltman Weinberg & Reis, 520 Walnut Street Ste 1355, Philadelphia, PA 19106-3602 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2024 18:44:01 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5633934 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2024 18:44:15 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5631849 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 09 2024 18:44:22 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 5632751 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2024 18:43:57 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5648799 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 09 2024 18:43:36 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5631850 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2024 18:38:00 | Comenity Capital - BJS Wholesale, PO Box 182120, Columbus, OH 43218-2120 |
| 5631851 | | Email/Text: mrdiscen@discover.com | Sep 09 2024 18:37:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 5631852 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2024 18:43:35 | LVNV Funding, PO Box 740281, Houston, TX 77274-0281 |
| 5631853 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2024 18:43:59 | LVNV Funding LCC, Po Box 1269, Greenville, SC 29602-1269 |
| 5633933 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2024 18:43:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5631855 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2024 18:38:00 | Midland Credit Management, 320 E Big Beaver, 300, Troy, MI 48083-1271 |
| 5631857 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2024 18:43:56 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 5631856 | ^ | MEBN | Sep 09 2024 18:35:57 | Patenaude & Felix APC, 2400 Ansys Dr - Ste 402-B, Canonsburg, PA 15317-0403 |
| 5644299 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | Sep 09 2024 18:38:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5651324 | | Email/Text: bankruptcy@springoakscapital.com | Sep 09 2024 18:37:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 5631858 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 09 2024 18:38:00 | Select Portfolio Servicing, 3815 S West Temple, Suite 2000, Salt Lake City, UT 84115 |
| 5631859 | + | Email/Text: bankruptcy@springoakscapital.com | Sep 09 2024 18:37:00 | Springs Oaks Capital LLC, PO Box 1216, Chesapeake, VA 23327-1216 |
| 5631861 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 09 2024 18:37:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brent J Lemon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 blemon@kmllawgroup.com |
| Charles Laputka | on behalf of Debtor 2 Jessica Joe Lewis claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Charles Laputka | on behalf of Debtor 1 Duane A. Lewis claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Duane A. Lewis,<br>**Debtor 1**<br>Jessica Joe Lewis,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:24−bk−01789−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 17, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: October 24, 2024<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 9, 2024 |

ntcnfhrg (08/21)